IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00312-MOC-WCM

| | |
|---|---|
| JONATHAN BAILEY, *individually and on behalf of others similarly situated* ) ) ) ) Plaintiffs, ) v. ) ) TRI-COUNTY EQUIPMENT RENTAL ) AND CONSTRUCTION SERVICES, INC.; ) TRI-COUNTY CO. INC.; and ) JEFFREY SILVERS ) ) Defendants. ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Brian Kinsley. The Motion indicates that Mr. Kinsley, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Philip Bohrer, who the Motion represents as being a member in good standing of the Bar of Louisiana. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Philip Bohrer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 30, 2022

W. Carleton Metcalf
United States Magistrate Judge