# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-312-MOC-WCM

| | |
|---|---|
| JONATHAN BAILEY,<br>Plaintiff,<br><br>v.<br><br>TRI-COUNTY CONSTRUCTION, LLC, et al.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Dismiss, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 23).

Plaintiff's motion is **GRANTED**, and this action is dismissed with prejudice. Each party shall bear its own costs.

Furthermore, since this matter is being dismissed, Plaintiff's pending Motion to Certify Class and Approve Notice, (Doc. No. 16), is **DENIED** as **MOOT**.

The Clerk shall terminate this action.

Signed: July 13, 2022

Max O. Cogburn Jr.
United States District Judge